IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) 8:07CV304 |
| v. | ) ) |
| MILFORD F. COOK (DECEASED), et al., | ) ORDER ) ) |
| Defendants. | ) ) |

IT IS ORDERED:

Plaintiff's motion, filing 5, to withdraw its Motion and Declaration for Publication is granted and the motion, filing 3, is withdrawn.

DATED this 17th day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge