```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )           8:07CV304
       v.                       )
                                )
MILFORD F. COOK (DECEASED),     )             ORDER
et al.,                         )
                                )
            Defendants.         )
                                )
```

IT IS ORDERED:

Plaintiff's motion, filing 5, to withdraw its Motion and Declaration for Publication is granted and the motion, filing 3, is withdrawn.

DATED this 17th day of August, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge